UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DAVID TIMM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-3139 |
| ) | |
| SANGAMON COUNTY, ILLINOIS, ) | |
| THE SANGAMON COUNTY SHERIFF'S ) | |
| DEPARTMENT and JACK CAMPBELL, ) | |
| in his capacity as the Sheriff of Sangamon ) | |
| County, Illinois, ) | |
| ) | |
| Defendants. ) | |

## MOTION IN LIMINE OF THE PLAINTIFF, DAVID TIMM

COMES NOW the Plaintiff, David Timm ["Timm"], through his attorneys, Baker, Baker & Krajewski, LLC, and through this instrument requests this Court to exclude from evidence any documents or testimony relating to Timm's disciplinary history while employed as a deputy sheriff in the Sangamon County Sheriff's Department.

For reasons more fully stated in his memorandum in support of this motion, Timm submits that such evidence has no probative value to the issues in dispute in this case and should not be admitted into evidence at the time of trial.

    David Timm

    By: /s/ James P. Baker
        James P. Baker
        Bar Number: 0097802
        Baker, Baker & Krajewski, LLC
        415 South Seventh Street

Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
E-mail: jpb@bbklegal.com
(Pretrial/ timm david motion in limine 051123)

## CERTIFICATE OF SERVICE

  I hereby certify that on May 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Russell L. Reed
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, Illinois 62701
Email: rreed@hinshawlaw.com


            By: /s/ James P. Baker_____
            Baker, Baker & Krajewski, LLC