UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DAVID TIMM, | ) |
|         Plaintiff, | ) |
| v. | ) Case No. 20-3139 |
| SANGAMON COUNTY, ILLINOIS, THE SANGAMON COUNTY SHERIFF'S DEPARTMENT and JACK CAMPBELL, in his capacity as the Sheriff of Sangamon County, Illinois, | ) |
|         Defendants. | ) |

## STATEMENT OF THE CASE

The Plaintiff, David Timm, brings this lawsuit against his employer, Sangamon County, Illinois / Sangamon County Sheriff's Department. At times pertinent to this case, David Timm was a Sangamon County Deputy Sheriff.

David Timm brings this case pursuant to the terms of the "Americans With Disabilities Act." He makes two separate claims. First, he claims that he has a disability within the meaning of the above law and his employer failed to reasonably accommodate his disability. Second, he claims that his employer in various ways retaliated against him because of his request for an accommodation.

The Defendant, Sangamon County/Sangamon County Sheriff's Department, denies that David Timm had a disability. It further denies that it failed to reasonably accommodate him and retaliated against him.

3:20-cv-03139-SEM-KLM   # 32   Filed: 06/05/23   Page 2 of 3

The Plaintiff, David Timm, is represented by James P. Baker. The Defendants are represented by Russell Reed.

David Timm

By: /s/ James P. Baker
    James P. Baker
    Bar Number: 0097802
    Baker, Baker & Krajewski, LLC
    415 South Seventh Street
    Springfield, Illinois  62701
    Telephone: (217) 522-3445
    Facsimile: (217) 522-8234
    E-mail: jpb@bbklegal.com
    (Pretrial/ timm david statement of case 060123)

Sangamon County, Illinois, the Sangamon County Sheriff's Department and Jack Campbell

By: /s/ Russell Reed (with consent)
    Russell L. Reed
    Hinshaw & Culbertson LLP
    400 South Ninth Street, Suite 200
    Springfield, Illinois  62701
    Email: rreed@hinshawlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Russell L. Reed
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, Illinois  62701
Email:  rreed@hinshawlaw.com


                                  By: /s/ James P. Baker_____
                                  Baker, Baker & Krajewski, LLC