UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DAVID TIMM, | ) |
|       Plaintiff, | ) |
| v. | ) Case No. 20-3139 |
| SANGAMON COUNTY, ILLINOIS, THE SANGAMON COUNTY SHERIFF'S DEPARTMENT and JACK CAMPBELL, in his capacity as the Sheriff of Sangamon County, Illinois, | ) |
|       Defendants. | ) |

**SUGGESTIONS OF THE PLAINTIFF, DAVID TIMM,
TO THE COURT WITH RESPECT TO VOIR DIRE**

COMES NOW the Plaintiff, David Timm ["Timm"], by and through his attorney, James P. Baker, and through this instrument offers his suggestions to the Court concerning questions to pose to prospective jurors during voir dire in addition to the questions commonly posed by the Court. In this respect Timm suggests that the prospective jurors be asked the following:

1. In this case Timm claims he was disabled and his employer, Sangamon County/Sangamon County Sheriff's Department, failed to reasonably accommodate his disability.

- Do you have any personal views about a government employee complaining that his employer did not reasonably accommodate his disability which might prevent you from fairly deciding this case based upon the evidence you hear and the instruction on the law which I will give you?

2. In this case you will hear that Timm, while employed by the Defendant, Sangamon County/Sangamon County Sheriff's Department, was diagnosed and treated for an injury to his left hip.

- Do you have any views about such an injury that might prevent you from fairly deciding this case based upon the evidence you hear and the instruction on law which I will give you?

3. Have you, a close friend or family member ever requested accommodation from an employer because of a disability?

- If so, would you explain the details of that situation?

4. Have you or any member of your family had to undergo hip replacement surgery?

5. Have you or any member of your immediate family ever employed other individuals or in connection with you or their employment or business supervised other individuals?

6. If so, has an employee ever lodged a claim, grievance or lawsuit because of actions taken by you or your family with respect to that employee?  If so, explain the circumstances of that occurrence.

7. Have you or any member of your immediate family been the recipient of treatment from your employer which you believe to be unfair or unjust?  If so, explain the circumstances of the treatment.

8. Have you or any member of your family been employed by Sangamon County?  If so, please give the particulars of any employment by you or a member of your family with the County.

9. Have you or any member of your family ever served as a law enforcement officer? If so, explain who and the position held by that person.

David Timm

By: /s/ James P. Baker
      James P. Baker
      Bar Number: 0097802
      Baker, Baker & Krajewski, LLC
      415 South Seventh Street
      Springfield, Illinois 62701
      Telephone: (217) 522-3445
      Facsimile: (217) 522-8234
      E-mail: jpb@bbklegal.com
      (Pretrial/ timm david voir dire 060123)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Russell L. Reed
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, Illinois 62701
Email: rreed@hinshawlaw.com

By: /s/ James P. Baker
    Baker, Baker & Krajewski, LLC

3