UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| David Timm, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cv-3139 SEM |
| | ) |
| Sangamon County Sheriff's Department, | ) |
| | ) |
|     Defendant. | ) |

**PROPOSED DEMONSTRATIVE AIDS
OF THE PLAINTIFF, DAVID TIMM**

1.     5.11 Under Armour hard sole/hard toe boot (cut open)

2,     Under Armour soft sole/soft toe boot (cut open)

                                              DAVID TIMM

                                              BY: /s/ James P. Baker
                                              One of His Attorneys

James P. Baker
Baker, Baker & Krajewski LLC
415 South Seventh Street
Springfield, Illinois  62701
(217) 522-3445
jpb@bbklegal.com

## CERTIFICATE OF SERVICE

      Service of the foregoing was made by sending a copy thereof, via email, addressed to:

Russell L. Reed
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
rreed@hinshawlaw.com

and deposited in the United States Mail from the office of the undersigned this 5th day of June, 2023.

                                              /s/ James P. Baker