UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DAVID TIMM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-3139 |
| | ) | |
| SANGAMON COUNTY, ILLINOIS, | ) | |
| THE SANGAMON COUNTY SHERIFF'S | ) | |
| DEPARTMENT and JACK CAMPBELL, | ) | |
| in his capacity as the Sheriff of Sangamon | ) | |
| County, Illinois, | ) | |
| | ) | |
| Defendants. | ) | |

## PRE-TRIAL ORDER

This matter came before the Court for a pre-trial conference held pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.1(E) on June 5, 2023. James P. Baker appeared on behalf of the Plaintiff, David Timm ["Timm"], and Russell Reed appeared on behalf of the Defendants, Sangamon County, Illinois, the Sangamon County Sheriff's Department and Jack Campbell.

## STATEMENT OF JURISDICTION AND NATURE OF THE CLAIM

This action is maintained under the terms of the "Americans With Disabilities Act" ["ADA"] (42 U.S.C. §12203 et.al.). The jurisdiction of this Court was invoked pursuant to the terms of Title 42, United States Code, Sections 2000e-5 and 12117(a) as well as 28 United States Code, Sections 1331 and 1337.

Timm, a Sangamon County deputy sheriff, alleges the County and the Sheriff's Department failed to accommodate his disability. He advances two separate claims. First, he claims that he was disabled within the meaning of the ADA and the County and the Sheriff's Department refused to provide him with a reasonable accommodation in violation of 42 U.S.C. § 12112. Second, he claims that the County and the Sheriff's Department retaliated against him through various acts which interfered with, coerced or intimidated Timm in the exercise of rights guaranteed by the ADA, in violation of 42 U.S.C. § 12203.

The Defendants deny that they violated the ADA in their treatment of Timm. In this respect they claim that: 1) Timm was not disabled within the meaning of the ADA; 2) they did not interfere with, coerce and intimidate Timm in his exercise of rights guaranteed by the ADA; and 3) they did not deny Timm any reasonable accommodation to which he was legally entitled.

## UNCONTESTED ISSUES OF FACT

Attached to this instrument as Exhibit A is an agreed statement of undisputed and material facts.

## UNCONTESTED ISSUES OF LAW

Timm timely initiated the above captioned proceeding as well as the administrative proceeding before the Illinois Department of Human Rights as required by law.

## CONTESTED ISSUES OF FACT

1. Whether Timm at times relevant to this case had a disability?

2

2.  Whether Timm ever made a reasonable request for an accommodation to which he was legally entitled?

3.  Whether the County/Sheriff's Department denied Timm a reasonable accommodation to which he was legally entitled?

4.  Whether the Defendants retaliated against Timm because of his efforts to secure a reasonable accommodation to which he was legally entitled?

5.  Whether Timm sustained any monetary losses because of any retaliatory conduct?

6.  Whether Timm suffered physical or emotional pain and mental anguish as a result of the conduct of the Defendants?

7.  What amount will fairly compensate Timm for his physical or emotional pain and mental anguish as a result of any failure to reasonably accommodate him?

## CONTESTED ISSUES OF LAW

Whether Timm was disabled as that terms is defined in 42 U.S.C. §12102?

## STIPULATED USE OF DEPOSITIONS

Both parties reserve the right to offer into evidence any depositions, or portions thereof, as provided for as to parties and non-party witnesses under the Federal Rule of Civil Procedure. Portions of the deposition of Piero Capecci, M.D. will be read to the jury.

## WITNESSES

Appended to this Order as Exhibits B and C are the witnesses that Timm and the Defendants respectively intend to call at trial.

## JURY DEMAND

The parties have requested that the case shall be tried by jury. Accordingly, this case shall be tried by jury.

The Court shall determine what equitable damages, if any, Timm is entitled to.

## EXHIBITS

Appended to this order as Exhibits D and E are the exhibit lists of Timm and the Defendants respectively, which each intends to admit into evidence at trial.

## DAMAGES

Timm seeks compensatory damages for physical, mental and emotional distress, embarrassment, humiliation and the loss of enjoyment of life. Timm is also seeking monetary damages. The jury shall determine what compensatory damages, if any, Timm is entitled to receive. The Court shall determine what, if any, monetary damages Timm is entitled to receive.

The Defendants deny Timm's entitlement to an award of damages.

## PROPOSED JURY INSTRUCTIONS

Appended to this order are Timm's proposed instructions [Exhibit F] and the Defendants'

proposed instructions [Exhibit G].

## GENERAL ADDITIONAL

Neither side shall present evidence through the use of retained expert witnesses. It is anticipated that Piero Capecci, M.D., a physician who evaluated Timm, may testify during the trial by way of deposition.

A party may supplement a list of witnesses or exhibits only upon good cause shown in a motion filed and served upon the other party prior to trial; except that, upon the development of testimony fairly shown to be unexpected, any party may, with leave of court, call such contrary witnesses or use such exhibits as may be necessary to counter the unexpected evidence, although not previously listed, and without prior notice of any other party.

It is mutually estimated that the length of trial will be three (3) full days.

This pre-trial order may be modified at the trial of the action, or prior thereto, to prevent manifest injustice. Such modification may be made either on motion of counsel for any party or on the Court's own motion.

6/09/23
DATE

s/ Sue E. Myerscough
JUDGE

Approved as to form and substance:

David Timm

By: /s/    James P. Baker _____
        James P. Baker
        Bar Number: 0097802
        Baker, Baker & Krajewski, LLC
        415 South Seventh Street
        Springfield, Illinois  62701
        Telephone:  (217) 522-3445
        Facsimile:  (217) 522-8234
        E-mail:  jpb@bbklegal.com
        (Pretrial/ timm david pretrial order 053023)

Sangamon County, Illinois, the Sangamon County
Sheriff's Department and Jack Campbell

By: /s/  Russell L. Reed (with consent) _____
        Russell L. Reed
        Hinshaw & Culbertson LLP
        400 South Ninth Street, Suite 200
        Springfield, Illinois  62701
        Email:  rreed@hinshawlaw.com

EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DAVID TIMM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-cv-3139 |
| | ) | |
| SANGAMON COUNTY, ILLINOIS, | ) | |
| SANGAMON COUNTY SHERIFF'S | ) | |
| DEPARTMENT, and JACK CAMPBELL, | ) | |
| in his capacity as the Sheriff of Sangamon | ) | |
| County, Illinois, | ) | |
| | ) | |
| Defendants. | ) | |

**STATEMENT OF UNCONTESTED FACTS**

COMES NOW the Plaintiff, David Timm, by and through his attorney, James P. Baker,

and the Defendants, Sangamon County, Illinois, Sangamon County Sheriff's Department and

Jack Campbell, in his official capacity, by and through its attorney, Russell Reed, and do by this

instrument stipulate and agree that certain facts set forth below are not in dispute in the above

captioned proceeding. The parties further agree that the following statement of uncontested facts

may be read to the finder of fact and be considered by it along with all other evidence presented

in this proceeding in deciding the issues in dispute in the above proceeding.

The statement of facts which are not in dispute are as follows:

1.    David Timm is currently a deputy sheriff in the Sheriff's Department of Sangamon

County, Illinois. He began his employment on September 1, 1999

2.    The Sangamon County Sheriff's Department is a unit within the government of

Sangamon County, Illinois.

3.      With the exception of two days David Timm was away from active employment with Sangamon County, Illinois from July 18, 2016 through July 3, 2017 because of an injury he sustained to his left hip.

4.      David Timm has been diagnosed with femoroacetabular impingement of the left hip and post-traumatic osteoarthritis of the left hip.


DAVID TIMM

SANGAMON COUNTY, ILLINOIS,
SANGAMON
COUNTY SHERIFF'S DEPARTMENT, and
JACK CAMPBELL


BY:   /s/ James P. Baker
       His Attorney
James P. Baker
Baker, Baker & Krajewski LLC
415 South Seventh Street
Springfield, Illinois 62701
(217) 522-3445
(217) 522-8234 facsimile
JPB@bbklegal.com, bms@bbklegal.com

BY:   /s/Russell Reed (with consent)
       Its Attorney
Russell Reed
Hinshaw Culbertson
400 South Ninth Street, Suite 200
Springfield, Illinois 62701
(217) 528-7375
(217) 528-0075 facsimile
rreed@hinshawlaw.com

EXHIBIT B

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

## Witness List

David Timm
v.
Sangamon County Sheriff's Department                    Case No. 20-cv-3139 SEM

| Presiding Judge Hon. Sue E. Myerscough | | |
|---|---|---|
| Plaintiff's Attorney James P. Baker | Defendant's Attorney Russell Reed | |
| Trial Date(s): June 20, 2023 to June 26, 2023 | Court Reporter | Courtroom Deputy |

| Witness Name | PLAINTIFF'S WITNESS LIST |
|---|---|
| David Timm | c/o James P. Baker, 415 South Seventh Street, Springfield, Il. |
| Joseph Roesch - adverse witness | Springfield, Illinois |
| Cherylynn Williams | Springfield, Illinois |
| Dave Guernsey | Springfield, Illinois |
| Garrett Harney | Springfield, Illinois |
| William "Wes" Wooden | Springfield, Illinois |
| Will Brooks | Springfield, Illinois |
| Jeff Smith | Springfield, Illinois |
| Mike Powell | Springfield, Illinois |
| Scott Butterfield | Springfield, Illinois |
| Jeff Van Hoos | Springfield, Illinois |
| Mike Long | Springfield, Illinois |
| Andrew Brashear | Springfield, Illinois |
| Andrea (Cline) Timm | Springfield, Illinois |

CERTIFICATE OF SERVICE ISSUED

| James Daniels | Springfield, Illinois |
|---|---|
| Dr. Piero Capecci, M.D. | Springfield, Illinois |
|  |  |
|  |  |
|  |  |

## EXHIBIT C
## DEFENDANTS' WITNESS LIST

| Case Name: *Timm v. Sangamon County* | | Case No. 20-cv-3139 | Page _1_ of _1_ | |
|---|---|---|---|---|
| **Witness Name** | **Address** | **Expert** | **Adverse** | |
| Joe Roesch | Springfield, IL | | | |
| Cheryllynn Williams | Springfield, IL | | | |
| Jeff VanHoos | Sherman, IL | | | |
| Audie Prange | Springfield, IL | | | |
| Garrett Harney | Springfield, IL | | | |
| William Wooden | Springfield, IL | | | |
| | | | | |

The parties reserve the right to call any witness listed by the other party, any witness needed for rebuttal, the custodian of any record, and any witness needed to lay the foundation for any exhibit

EXHIBIT D

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

**Exhibit List**

David Timm
v.
Sangamon County Sheriff's Department          Case No. 20-cv-3139 SEM

| Presiding Judge<br>Hon. Sue E. Myerscough | | |
|---|---|---|
| Plaintiff's Attorney<br>James P. Baker | Defendant's Attorney<br>Russell Reed | |
| Trial Date(s): | Court Reporter | Courtroom<br>Deputy |

| Plf.<br>No. | Def.<br>No. | Date | Marked | Ad<br>m<br>itt<br>ed | PLAINTIFF'S EXHIBIT LIST |
|---|---|---|---|---|---|
| 1 | | | | | January 4, 2016 memo to Deputy Van Hoos From Deputy Timm re: squad car with 1/5/2016 handwritten response |
| 2 | | | | | Photo of interior of vehicle |
| 3 | | | | | February 2, 2017 Work Status Update for David Timm by Dr. King |
| 4 | | | | | February 13, 2017 Memo to Captain Williams from Detective Helton re: Deputy Timm |
| 5 | | | | | June 2, 2017 Work Status Update for David Timm by Dr. King |
| 6 | | | | | July 29, 2017 Letter from Dr. King re: David Timm |
| 7 | | | | | August 11, 2017 Work Status Update for David Timm by Dr. King |

| | | | | | |
|---|---|---|---|---|---|
| 8 | | | | | August 11, 2017 Workers Compensation Summary for David Timm by Dr. King |
| 9 | | | | | August 24, 2017 Memo to Deputy Timm from Chief Deputy Joseph Roesch re: Workers Comp |
| 10 | | | | | September 25, 2017 Fax transmittal sheet to Chief Deputy Roesch from William J. Connor re: David Timm |
| 11 | | | | | October 10, 2017 Memo to Deputy Timm from Roesch re: Clarification of "Accommodation" |
| 12 | | | | | October 28, 2017 Memo to Sgt. Finley from Timm re: squad car, boots |
| 13 | | | | | April 3, 2018 report from Dr. Randy Western re: Timm |
| 14 | | | | | April 6, 2018 Memo to Timm from Roesch re: Accommodation |
| 15 | | | | | April 10, 2018 Memo to Captain Williams from Timm re: Accommodation |
| 16 | | | | | April 19, 2018 letter to Dr. Capecci from William Connor re: Timm/treatment note |
| 17 | | | | | April 25, 2018 letter to Whom it May Concern from Dr. Capecci re: Timm/treatment note |
| 17a | | | | | Final Treatment note of Dr. Capecci |
| 18 | | | | | April 3, 2019 Work Status form by Gordon Allen, M.D. |
| 19 | | | | | Vehicle Dimensions: 2009 Ford Expedition, New Ford Explorer |
| 20 | | | | | Squad Car Dimensions |
| 21 | | | | | Vehicle measurements: 2008 Ford Expedition, 2012 Ford F-150, 2013 Chevrolet Tahoe, 2015 Ford Explorer/Police Interceptor SUV |
| 22 | | | | | January 19, 2016 email to Eric Knowski, Anthony Mayfield from Jeff VanHoos re: Bruce Womack |
| 23 | | | | | February 17, 2016 Memo to Deputy Stapleton from Fleet Manager VanHoos re: Squad car swap |
| 24 | | | | | Group - emails re: Jason Boesdorfer vehicle exchange |

| | | | | |
|---|---|---|---|---|
| 25 | | | | January 19, 2017 Memo to Capt. Williams from Deputy Guernsey re: Squad Car |
| 26 | | | | August 14, 2017 Memo to Deputy Andrew Brashear from Sheriff Wes Barr re: Transfer |
| 27 | | | | Merit Deputy Seniority List with handwritten vehicle assignment |
| 28 | | | | January 1, 2017 Merit Deputy Seniority List with handwritten vehicle assignment |
| 29 | | | | September 2017 Chart with names, vehicle assignment information |
| 30 | | | | September 29, 2017 Memo to Deputy Timm from Lt. Steil re: Boots |
| 31 | | | | Photo and product information for Under Armour Valsetz RTS Tactical Boot |
| 32 | | | | Photo and product information for Under Armour UA Jungle Rat Boots |
| 33 | | | | Photo and product information for Under Armour UA Stellar Protect Boot |
| 34 | | | | Photo of Boot |
| 35 | | | | Polishable hard sole boot |
| 35a | | | | Under Armour Valsetz TRS Tactical Boot |
| 36 | | | | October 11, 2017 Memo to Chief Deputy Roesch from VanHoos re: Deputy Dave Timm squad car |
| 37 | | | | August 7, 2017 email from Jeff VanHoos re: Boots with Boot Shoe Replacement Procedure Reminder |
| 38 | | | | Group - October 16, 2017 email to Roesch, Williams from Jeff VanHoos re: Dave Timm squad car memo |
| 39 | | | | Text message to Jeff VanHoos from Scott Butterfield |
| 40 | | | | June 26, 2017 email from Audie Prange re: FTO Schedules (attachments not included) |
| 41 | | | | undated Memo to Lt. Prange from Deputy Guernsey re: Dave Timm |
| 42 | | | | November 9, 2017 Memo to Lt. Steil from Deputy Timm re: FTO |

| | | | | | |
|---|---|---|---|---|---|
| 42a | | | | | January 16, 2018 Handwritten note from Captain Williams to Lt. Steil re: Timm FTO |
| 43 | | | | | Department of Human Rights Sangamon County Response to Questionnaire and Position Statement |
| 44 | | | | | Group - Certificates awarded by the Illinois Law Enforcement Training and Standards Board |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CERTIFIED A TRUE COPY

## EXHIBIT E
## DEFENDANTS' EXHIBIT LIST

<u>Case Name:</u> *Timm v. Sangamon County*     <u>Case No.:</u> 20-cv-3139     Page  1  of  2

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 1 | 06-26-17 Prange email re: FTO | | | |
| 2 | No date Prange memo FTO only 2 weeks | | | |
| 3 | 01-10-10 Timm email re: SUV | | | |
| 4 | 01-04-16 Timm email req. new car | | | |
| 5 | 01-04-16 Timm email re: comparing Budd's car & Capt. Williams' handwritten reply | | | |
| 6 | 06-02-17 Return to work full duty | | | |
| 7 | 08-11-17 Dr. King Note | | | |
| 8 | 08-24-17 Roesch email re: 08-11 Dr. King Note | | | |
| 9 | 09-25-17 fax from Attorney Connor | | | |
| 10 | 07-29-17 letter from Dr. King not received until Oct. See dictated date & typed date | | | |
| 11 | 10-10-17 Roesch email re: Dr. King letter just received & ADA request | | | |
| 12 | 10-10-17 Williams' email to VanHoos re: Timm car switch | | | |
| 13 | 10-11-17 VanHoos memo re: Timm vehicle exchange | | | |
| 14 | 10-17-17 Timm memo re: Flashlight | | | |
| 15 | 10-13-17 VanHoos memo re: Flashlight | | | |
| 16 | 10-14-17 Timm memo re: vehicle problems | | | |
| 17 | 10-16-17 VanHoos memo re: vehicle problems | | | |
| 18 | 2009 Ford Explorer maintenance history | | | |
| 19 | 10-28-17 Timm Secondary Employment | | | |
| 20 | 02-21-18 Daniels email to Roesch re: Tahoo | | | |
| 21 | 04-06-18 Roesch email to Timm re: Dr. Western | | | |
| 22 | 04-10-18 Timm memo to Williams re: Extension | | | |

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 24 | Vehicle Assignment by Vehicle | | | |
| 25 | Vehicle Assignment by Mileage | | | |
| 26 | Collective Bargaining Agreement | | | |
| 27 | Vehicle Measurements | | | |
| 28 | 08-07-17 VanHoos memo to all re: Boots | | | |
| 29 | 08-15-17 Williams memo to all re: Uniforms | | | |