VERDICT FORM A

With respect to the Plaintiff's first claim, We the Jury, find for the Plaintiff, David Timm, and against the Defendant, Sangamon County, Illinois.

We, the Jury, award to the Plaintiff, David Timm, and against the Defendant damages in the sum amount of $ 750,000.00 .

s/ Juror
FOREPERSON

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

VERDICT FORM C

With respect the Plaintiff's second claim, We, the Jury, find for the Plaintiff, David Timm, and against the Defendant, Sangamon County, Illinois.

s/ Juror
FOREPERSON

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror