What is a B Pillar?

Jury Question 1

Reference was made by Dr. K regarding a Ford Taurus.

2015

When and how long was the Taurus used by the Plaintiff?

Did this vehical have the B pillar?

Could we get a timeline of events and vehicle usage?

Jury Q2

What vehicle was Timm referring to in exhibit one?

Was this the first accommodation that was suggested in 2015?

Jury Q 3

Is it right to say the b pillar is where the driver's side seat belt is attached?

Jury Q 4

When new patrol vehicles were purchased, were they ever given out based on seniority? Or just on a replacement or "need" of retiring-vehicles basis?

Jury Q5

Why does defendant keep going back to "would you give Mrs. Timm a defective vehicle?"

What was wrong with expedition?

Other than seat height

Jury Q6

Was David Timm driving the same vehicle from 2012 until 2018

*Jury Q7*

So David had 3 hip surgeries AND a hip replacement so total 4?

Jury Q8

Was Timm ever offered "light duty" to accomodate his hip pain? Did he request that himself?

Jury Q 9

Why is a Ford Taurus called a Police interceptor?

Jury @ 10

How do these memo's get passed. Electronically?
How did Captain Williams write a hand note?

Just trying to understand all of these correspondances back & forth from Deputy to Admin

① 11

What did the original MRI show that resulted in surgery? Also, are we to assume that all the efforts before the hip replacement were to try and avoid that proceedure if possible?

Q jr

clarification please.

David  Drove Expedition up to mid 2015. Then got Ford Taurus issued to him. Then was issued Ford F150 truck in Feb-March of 2016 to get him out of Ford Taurus.?

Jay @ 13

When & what was the nature of the "Injury"?

Jury Q 14

Jury cannot read memos on TV screen when Atty Baker puts them up. If he would like us to know the content- He might want to read to us. what he wants us to know.

Jury Q 15

Not sure if this can be answered, but did workmans comp approve & cover all of these surgeries?

Jury Q 16

Jury Q 16 will not be asked.