Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **David Timm** | ) |
| **Plaintiff,** | ) ) ) ) |
| vs. | ) ) Case Number: 20-3139 |
| **Sangamon County, Illinois** | ) ) ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the issues have been tried and the jury has entered its verdict in favor of Plaintiff and against the Defendant in the amount of $750,000.00 with respect to the first claim. The jury has entered its verdict in favor of Plaintiff and against the Defendant with respect to the second claim.

**Dated: 6/23/2023**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved:   s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge