IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DAVID TIMM, | ) |
|       Plaintiff, | ) |
| v. | ) Case No. 3:20-cv-3139-SEM |
| SANGAMON COUNTY, ILLINOIS, | ) |
|       Defendant. | ) Judge: Sue E. Myerscough |

**AGREED MOTION FOR *REMITTITUR*
ATTORNEY'S FEES AND COSTS**

Now comes Defendant, Sangamon County, by and though its attorneys Hinshaw & Culbertson LLP and Plaintiff David Timm by and through his attorneys Baker Baker & Krajewski LLC and in support of their Agreed Motion for *Remittitur*, Attorneys Fees and Costs, states as follows:

1. A Jury Verdict was rendered in this matter on June 22, 2023, in the amount of $750,000.00 as compensatory damages for physical injuries.

2. Plaintiff filed a Petition for Attorney's Fees, (Doc. #51) and for equitable relief, (Doc. #53).

3. Defendant filed a Memorandum in Opposition to Plaintiff's claim for equitable relief (Doc. #54); a Response to Plaintiff's Petition for Attorney's Fees and Related Expenses, (Doc. #55); a Motion for New Trial and/or Alter or Amend Judgment, (Doc. #56), and Memorandum of Law in Support of Motion for New Trial (Doc. #57).

4. The parties have entered into a written settlement agreement resolving all pending motions and the *Remittitur* of the Jury Verdict.

5. The parties jointly request that the Jury Verdict be reduced to the amount of $278,721.00 as compensatory damages for physical injuries.

1

6.      The parties have further agreed that Plaintiff be awarded equitable relief, reinstating 38 sick days and that the Plaintiff's attorney be awarded attorney's fees and costs in the amount of $119,268.00.

WHEREFORE, the parties respectfully request this Court to enter an Order awarding judgment to the Plaintiff in the amount of $278,721.00 and attorney's fees and costs in the amount of $119,268.00.

Dated:  August 31, 2023

Respectfully submitted,

/s/ *Russell L. Reed*
Russell L. Reed #6196489
rreed@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, IL  62701
Telephone:  (217)  467-4907
Attorneys for Defendant
Sangamon County, Illinois

/s/ *James P. Baker*
James P. Baker #0097802
jpb@bbklegal.com
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL  62701
Telephone:  (217) 522-3445
Attorneys for Plaintiff
David Timm

0727898\314540115.v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, I electronically filed the foregoing **AGREED MOTION FOR *REMITTITUR*, ATTORNEY'S FEES AND COSTS** with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

James P. Baker  
Baker, Baker & Krajewski LLC  
415 South Seventh Street  
Springfield, IL  62701  

Email:  JPB@bbklegal.com

/s/*Russell L. Reed*  
Russell L. Reed #6196489  
rreed@hinshawlaw.com  
Hinshaw & Culbertson LLP  
400 South Ninth Street, Suite 200  
Springfield, IL 62701

3

0727898\314540115.v1