Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **DAVID TIMM** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case Number: 20-CV-3139** |
| ) | |
| **SANGAMON COUNTT, ILLINOIS** ) | |
| **ET AL.,** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**: (1) The parties' Agreed Motion for *Remittitur* is granted. [62.] The compensatory damages are remitted to $278,721.00. Attorneys' fees are awarded to Plaintiff's counsel in the amount of $119,268.00, and Plaintiff is awarded equitable relief in the reinstatement of 38 sick days. (2) The clerk is directed to file an amended judgment to reflect the award of costs, attorneys' fees, and equitable relief.

**Dated: 09/08/2023**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved:    s/Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge